UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11-CV-32

| | |
|---|---|
| SABRINA E. SPIRES, VERONICA A. SPIRES, and ERIK M. BOLIN, as Guardian of Minor Children BRONSON A. BOLIN and DRAKE E. BOLIN,<br><br>**Plaintiff**s,<br><br>v.<br><br>**STATE FARM LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Consolidate (Doc. 5) filed March 28, 2011. For the reasons stated in this Court's Order in *State Farm Life Insurance v. Bolin*, 5:11-cv-1 (Doc. 17), wherein this Court DENIED without prejudice a similar motion filed by State Farm, Defendant State Farm's Motion to Consolidate is hereby DENIED without prejudice.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's Motion to Consolidate (Doc. 5) is **DENIED without prejudice.**

Signed: May 11, 2011

Richard L. Voorhees
United States District Judge

1